PER CURIAM.
 

 This is an appeal of an order denying a motion for postconviction relief under Florida Rule of Criminal Procedure 3.850. Because defendant-appellant St. Fleur received a deportation order prior to the announcement of
 
 State v. Chreen,
 
 944 So.2d 208 (Fla.2006), the defendant was not entitled to relief under that decision.
 
 See Markland v. State,
 
 971 So.2d 832 (Fla. 3d DCA 2007);
 
 St. Fleur v. State,
 
 840 So.2d 261 (Fla. 3d DCA 2002).
 

 With regard to the assertion that there was a double jeopardy violation in connection with the defendant’s sentencing, we have taken judicial notice of this court’s file in
 
 St. Fleur v. State,
 
 948 So.2d 769, and conclude that the double jeopardy issue was decided adversely to the defendant in
 
 *138
 
 2007.
 
 St. Fleur v. State,
 
 948 So.2d 769 (Fla. 3d DCA 2007).
 

 Affirmed.